UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

In Re:

**Richard LW Holt**

-----------------------------------------------------X

FROM: VITO GENNA, CLERK
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

TO: RUBY J. KRAJICK, CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORDER OF DISMISSAL
FOR
FAILURE TO PROSECUTE
BANKRUPTCY APPEAL

21-CV-7066 VB

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/23/21

IN RE: Richard LW Holt
DATE OF FILING NOTICE OF APPEAL: 04/05/2021
BANKRUPTCY DOCUMENT #: 63

BANKRUPTCY CASE: **19-B-24135 (SHL)**

The above- referenced case is forwarded to District Court for possible dismissal. Petitioner has failed to file the Designation of Items to be Included in the Record as required by:

    _X_ FRBP 8009
    ___ Federal Rules of Civil Procedure (Rule _____)
    ___ 28 U.S.C. 1930 (9), (16)- the requirement to pay a filing fee
    ___ Rule 8009-1 from the Local Rules for The United States Bankruptcy Court Southern District of New York.

Dated: **August 20, 2021**
New York, New York

Vito Genna, Clerk
U.S. Bankruptcy Court, SDNY

By: _s/ Anatin Rouzeau_
Deputy Clerk

### ORDER

For the reason(s) set forth above, the appeal is deemed abandoned, and **IT IS THEREFORE ORDERED** that the appeal in the above-entitled action is hereby **DISMISSED.**

Dated   August 23 2021
       New York, New York

Vincent L. Briccetti
United States District Judge

I hereby certify that I have this day forwarded a copy of this order to the Clerk of the Bankruptcy Court for the Southern District of New York.

District Court Document # _____

Ruby J. Krajick , Clerk
District Court, SDNY

By: _____
Deputy Clerk